# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ALAINER MOORE, o/b/o ) | |
| DIAMOND MOORE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-0495-CV-W-NKL |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Alainer Moore's ("Moore") Motion to Alter Judgment and Grant Attorney's Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 [Doc. # 21]. For the reasons set forth below, the Court grants Moore's Motion.

On June 20, 2006, the Court reversed the decision of the ALJ and awarded benefits in favor of Moore, who brought this action on behalf of her daughter [Doc. # 14]. The Clerk of the Court then entered judgment in favor of Moore [Doc. # 15].

In her pending Motion, Moore states that she and the Commissioner have agreed to attorney's fees in the amount of $4,250.00 and the Commissioner does not object. Because Moore's claim for attorney's fees is uncontested, the Court finds that the fees requested are reasonable. The Court grants Moore's Motion.

Accordingly, it is hereby

ORDERED that Moore's Motion to Alter Judgment and Grant Attorney's Fees

1

[Doc. # 21] is GRANTED. Moore is awarded $4,250.00 in attorney's fees.

s/ Nanette K. Laughrey<br>NANETTE K. LAUGHREY<br>United States District Judge

DATE: August 11, 2006
Kansas City, Missouri